MICHAŁ ZAPENDOWSKI, ESQ.
Texas Bar No. 24075328
*Admitted Pro Hac Vice*
**SBAITI & COMPANY PLLC**
J.P. MORGAN CHASE TOWER
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
Tel: (214) 432-2899
Fax: (214) 853-4367
jmz@sbaitilaw.com
*Attorneys for Plaintiff*

D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
dca@albrightstoddard.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRIGID RENTALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EPIC WORLDWIDE LLC, d/b/a EPIC WORLDWIDE MEDIA, <br><br> Defendant. | CASE NO.: 2:21-cv-01176-JCM-VCF <br><br> **STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff Frigid Rentals, Inc. and Defendant Epic Worldwide LLC hereby stipulate to the filing of Plaintiff's First Amended Complaint, being filed concurrently herewith.  The only substantive amendments to the Complaint are: (a) to remove "d/b/a Epic Worldwide Media" from the caption of the case and from all other references to Defendant Epic Worldwide LLC, because Epic denies doing business under this name; and (b) to correct a minor error in the Original Complaint, in which a company with which Plaintiff alleges it lost a contract was erroneously misidentified as "Liftgates" when the name of the company is actually "Giant Tiger" (the error appeared in Paragraphs 20, 27 and 33 of the Original Complaint,

and has been corrected in those Paragraphs of the First Amended Complaint). Pursuant to Fed. R. Civ. P. 15(a)(2), Defendant hereby consents to the filing of the First Amended Complaint.

**DATED**:  September 28, 2021

Respectfully Submitted,

| SBAITI & COMPANY, PLLC | HUTCHISON & STEFFEN, PLLC |
|---|---|
| */s/ Michał Zapendowski* | */s/ Cynthia G. Milanowski* |
| Michał Zapendowski, Esq. | Mark A. Hutchison, Esq. |
| Texas Bar No. 24075328 | Nevada Bar No. 4639 |
| *Admitted Pro Hac Vice* | Cynthia G. Milanowski, Esq. |
| J.P. Morgan Chase Tower | Nevada Bar No. 5652 |
| 2200 Ross Ave, Suite 4900W | 10080 W. Alta Dr., Suite 200 |
| Dallas, Texas 75201 | Las Vegas, Nevada 89145 |
| T: (214) 432-2899 | T: (702) 385-2500 |
| jmz@sbaitilaw.com | F: (702) 385-2086 |
|  | mhutchison@hutchlegal.com |
|  | cmilanowski@hutchlegal.com |
| **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** | ***Attorneys for Defendant*** |
| D. Chris Albright, Esq. |  |
| Nevada Bar No.  004904 |  |
| 801 S. Rancho Drive, Suite D-4 |  |
| Las Vegas, Nevada 89106 |  |
| Tel: (702) 384-7111 |  |
| Fax: (702) 384-0605 |  |
| dca@albrightstoddard.com |  |
| bstoddard@albrighstoddard.com |  |
| ***Attorneys for Plaintiff*** |  |

Despite the parties' non compliance with LR 15-1(a), the instant stipulation is GRANTED.  The First Amended Complaint (ECF No. 43) is the operative complaint.   IT IS FURTHER ORDERED that defendants must file an answer or other response to the First Amended Complaint on or before October 8, 2021.

**IT IS SO ORDERED:**

DATED: 9-28-2021

_____
UNITED STATES MAGISTRATE JUDGE