LEWIS BRISBOIS BISGAARD & SMITH LLP
ADAM J. PERNSTEINER
Nevada Bar No. 7862
Adam.Pernsteiner@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for EPIC WORLDWIDE LLC,

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRIGID RENTALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EPIC WORLDWIDE LLC,, <br><br> Defendant. | Case No. 2:21-CV-01176-JCM-VCF <br><br> **SUBSTITUTION OF ATTORNEY** |

Defendant, EPIC WORLDWIDE LLC., hereby substitutes the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP as its attorneys of record in this action in place of the law firm HUTCHISON & STEFFEN, PLLC.

DATED this 5th day of November, 2021.

EPIC WORLDWIDE LLC.,

_____
By:

4853-3617-8946.2

HUTCHISON & STEFFEN, PLLC hereby agrees and consents to the substitution of LEWIS BRISBOIS BISGAARD & SMITH LLP as the attorneys of record for Defendant EPIC WORLDWIDE LLC.

DATED this 5th day of November, 2021.

HUTCHISON & STEFFEN, PLLC

Mark A. Hutchison
Nevada Bar No. 4639
Cynthia G. Milanowski
Nevada Bar No. 5652
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com
cmilanowski@hutchlegal.com

Adam J. Pernsteiner of LEWIS BRISBOIS BISGAARD & SMITH LLP hereby accepts substitution as attorneys of record for Defendant EPIC WORLDWIDE LLC.

DATED this 5th day of November, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

ADAM J. PERNSTEINER
Nevada Bar No. 7862
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
Adam.Pernsteiner@lewisbrisbois.com

APPROVED this 8th day of November, 2021

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

4853-3617-8946.2

2