**SBAITI & COMPANY PLLC**
Michał Zapendowski, Esq.
Texas Bar No. 24075328
*Admitted Pro Hac Vice*
Griffin S. Rubin
Texas Bar No. 24121809
*Admitted Pro Hac Vice*
J.P. Morgan Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
T: (214) 432-2899
F: (214) 853-4367
E: jmz@sbaitilaw.com
E: gsr@sbaitilaw.com

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
D. Chris Albright, Esq.
Nevada Bar No. 004904
801 S. Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
dca@albrightstoddard.com
bstoddard@albrighstoddard.com

**Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRIGID RENTALS, INC., | § | Case 2:21-CV-01176-JCM-VCF |
| | § | |
| *Plaintiff*, | § | ORDER GRANTING |
| | § | |
| vs. | § | **STIPULATION TO EXTEND DEADLINE TO FILE MOTIONS FOR LEAVE TO AMEND PLEADINGS** |
| | § | **(First Request)** |
| | § | |
| EPIC WORLDWIDE LLC D/B/A EPIC WORLDWIDE MEDIA, | § | |
| | § | |
| *Defendant*. | § | |

  Plaintiff Frigid Rentals, Inc. and Defendant Epic Worldwide LLC hereby stipulate to the extension of the deadline to file motions for leave to amend pleadings. The present deadline is November 11, 2021, and the parties hereby stipulate to a deadline of November 24, 2021. The

reason for this stipulation is that lead counsel for Plaintiff, Michał Zapendowski, unexpectedly fell ill. Accordingly, the parties hereby submit this stipulation to the Court for approval.

DATED: November 11, 2021

Respectfully submitted,

| **SBAITI & COMPANY, PLLC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|---|---|
| */s/ Griffin S. Rubin* | */s/ Adam J. Pernsteiner* |
| Michał Zapendowski<br>Texas Bar No. 24075328<br>*Admitted Pro Hac Vice*<br>Griffin S. Rubin<br>Texas Bar No. 24121809<br>*Admitted Pro Hac Vice*<br>J.P. Morgan Chase Tower<br>2200 Ross Ave, Suite 4900W<br>Dallas, Texas 75201<br>T: (214) 432-2899<br>jmz@sbaitilaw.com<br>gsr@sbaitilaw.com | Adam J. Pernsteiner<br>Nevada Bar No. 7862<br>6385 Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>T: (702) 893-3383<br>F: (702) 893-3789<br>Adam.Pernsteiner@lewisbrisbois.com<br><br>**Attorney for Defendant** |
| **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**<br>D. Chris Albright<br>Nevada Bar No. 004904<br>801 S. Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>Tel: (702) 384-7111<br>Fax: (702) 384-0605<br>dca@albrightstoddard.com<br>bstoddard@albrightstoddard.com<br><br>**Attorneys for Plaintiff** | |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 11/12/2021