**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ADAM J. PERNSTEINER
Nevada Bar No. 7862
Adam.Pernsteiner@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for EPIC WORLDWIDE LLC,

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRIGID RENTALS, INC.,, <br><br> Plaintiff, <br><br> vs. <br><br> EPIC WORLDWIDE LLC,, <br><br> Defendant. | Case No. 2:21-CV-01176-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> **(Second Request)** |

Pursuant to LR IA 6-1, LR 7-1 and LR 26-3, Plaintiff FRIGID RENTALS, INC. ("Frigid" or "Plaintiff") and Defendant EPIC WORLDWIDE LLC ("Epic" or "Defendant") by and through their respective undersigned counsel, stipulate to extend the dates set forth in the parties' operative Scheduling Order (ECF No. 14) by ninety (90) days. This stipulation is the parties' second requested extension of dates, although the first request was very minor.[1]  In support of this second stipulation and request, the parties state as follows:

---

[1] The parties previously submitted a Stipulation for Extension of Time (First Request) (ECF No. 28) on November 11, 2021, which was limited to extending the date for amending pleadings and adding parties and which was filed on short notice due to an unexpected illness experienced by Plaintiff's lead counsel.  The Court subsequently granted this stipulation in its Order (ECF No. 29) dated November 12, 2021.  This second requested extension requests an extension as to the balance of the deadlines in the Scheduling Order (ECF No. 14), while leaving the current deadline for amending pleadings and adding parties in place.



4880-4785-3316.1

Plaintiff initiated this litigation by filing its Complaint (ECF No. 3) on June 21, 2021 against Defendant. Defendant filed its Answer (ECF No. 11) on August 13, 2021.

The parties held a FRCP 26(f) conference between their respective counsel on September 3, 2021 and, subsequently, the parties submitted a Joint Discovery Plan (ECF No. 13) pursuant to LR 26-1(b). On September 14, 2021, the Court issued the operative Scheduling Order (ECF No. 14), adopting the stipulated Joint Discovery Plan previously submitted by the parties.

On September 24, 2021, Plaintiff filed the operative First Amended Complaint (ECF No. 17). Thereafter, Defendant filed its Answer to the First Amended Complaint (ECF No. 24) on October 7, 2021.

On November 5, 2021, a Motion to Substitute Attorney (ECF No. 26) by Defendant, which sought to substitute Lewis Brisbois Bisgaard & Smith LLP ("LBBS") as counsel for Defendant in place of Hutchison & Steffen, PLLC. The Court granted the Motion to Substitute Attorney through its Order (ECF No. 27) dated November 8, 2021.

On November 11, 2021, the parties submitted a Stipulation for Extension of Time (First Request), which was limited to extending the date for amending pleadings and adding parties referenced in the preceding footnote. The Court subsequently granted this stipulation in its Order (ECF No. 29) dated November 12, 2021.

**A.     DISCOVERY COMPLETED**

On September 3, 2021, counsel for Plaintiff and Defendant met and participated in their conference pursuant to FRCP 26(f). Subsequently, both parties served their respective initial disclosures on September 17, 2021 pursuant to FRCP 26(a)(1).

On September 17, 2021, Plaintiff served its First Set of Requests for Production of Documents and Tangible Things on Defendant pursuant to FRCP 34.

On September 17, 2021, Plaintiff served its First Set of Interrogatories on Defendant pursuant to FRCP 33.

On September 17, 2021, Plaintiff served its First Set of Requests for Admission on Defendant pursuant to FRCP 36.

On October 8, 2021, Defendant served its First Supplemental Disclosure Pursuant to FRCP



26(a)(1).

On October 11, 2021, Defendant served its Responses to Plaintiff's First Set of Requests for Admission.

On October 15, 2021, Defendant served its Responses to Plaintiff's First Set of Interrogatories.

On November 18, 2021, Defendant served its First Set of Requests for Production on Plaintiff pursuant to FRCP 34.

On November 18, 2021, Defendant served its First Set of Requests for Admission on Plaintiff pursuant to FRCP 36.

On November 18, 2021, Defendant served its First Set of Interrogatories on Plaintiff pursuant to FRCP 33.

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED**

This lawsuit is a complex commercial dispute involving competing allegations surrounding the supply of trailer decals for a large fleet of trucks operated by a third-party discount store chain based in Canada. The fact that much of the discovery required is located abroad (in Canada) complicates the discovery process. Discovery was initiated in September and the parties are still in the early stages of completing discovery.

The parties need to respond to the remaining written discovery that has already been served as well as disclosing the remaining documents that have been gathered and need to be produced. Since the underlying business transaction and related third parties are based in Canada, the parties anticipate that they will need to obtain significant amounts of discovery from several third-parties located in Canada.

The parties will need to conduct party depositions of one another's respective representatives, along with at least three or more depositions of representatives of the various third-parties based in Canada. The parties also anticipate exchanging expert discovery and taking the depositions of the parties' respective expert witnesses.

/ / /

/ / /

### C. REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED

Since the time that the Court issued the operative Scheduling Order (ECF No. 14), the parties have propounded and responded to written discovery, worked successfully to resolve one discovery dispute and are currently in the process of meeting and conferring concerning a second one. While the parties have organized and identified underlying relevant documents, the parties anticipate a significant volume of at least several thousand pages that will still need to be reviewed and disclosed. The parties are in the process of reviewing and preparing these remaining documents for disclosure, which include large numbers of electronic records. Organizing these documents in a manner which complies with electronic discovery protocols and which facilitates their efficient use as the case proceeds (*e.g.*, a useable organization that lends itself to responding to written discovery) has been time-consuming.

The parties further anticipate that additional time will be needed for discovery in this case based on the fact that many of the underlying third-party records and witnesses are located in Canada. While the parties have been diligent in attempting to obtain available information through available channels, they anticipate that the bulk of the discoverable documents and witness testimony based in Canada will have to be obtained through formal Canadian discovery mechanisms.

Plaintiff's counsel will also be engaged in a highly complex commercial trial in Dallas, Texas during the week of December 13-17 which is very likely to take place despite the ongoing pandemic, and anticipate spending considerable time over the ensuing several weeks preparing for this trial. For this reason, Plaintiff's counsel has requested, and Defendant has agreed, to an extension for Plaintiff to respond to Defendant's written discovery.

Finally, Defendant's recent change of counsel on November 5, 2021 has necessarily required additional time as Defendant's new counsel, LBBS, has onboarded and reviewed records from Defendants' prior counsel. While the parties have been diligent and cooperating with one another as to a number of pending discovery items during this time period, they anticipate that additional time will be needed in light of the transition of counsel for Defendant.

///

In light of the above, the parties respectfully submit that the above factors provide good cause for the requested discovery plan modification detailed in the next section.

### D. PROPOSED SCHEDULE

| EVENT | CURRENT DEADLINE | PROPOSED NEW DATE |
|---|---|---|
| Amend Pleadings/Add Parties | November 24, 2021[2] | **No change requested.** |
| Initial Expert Disclosures[3] | December 10, 2021 | **Thursday March 31, 2022** |
| Rebuttal Expert Disclosures | January 10, 2022 | **Friday April 29, 2022** |
| Any Motion to modify or extend the Discovery Plan and Scheduling Order is due under LR 26-3 | January 19, 2022 | **Tuesday May 10, 2022** |
| Close of Discovery | February 9, 2022 | **Tuesday May 31, 2022** |
| Dispositive Motions | March 11, 2022 | **Thursday June 30, 2022** |
| Pre-Trial Order | April 11, 2022 | **Friday July 29, 2022** |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

This second request for an extension of time is not sought for delay or any other improper purpose. Rather, the parties seek this extension solely to allow sufficient time to complete discovery and prepare their respective cases for trial. The parties stipulate and submit that the reasons set forth above constitute good cause for the extension.

/ / /

---

[2] This deadline was previously extended as a result of the parties' Stipulation for Extension of Time (First Request) (ECF No. 28), which the Court subsequently granted in its Order (ECF No. 29) dated November 12, 2021. No further extension is being sought as to this deadline.

[3] The parties prior Joint Discovery Plan (ECF No. 13) inadvertently included a deadline for an Interim Status Report pursuant to the prior version of LR 26-3. Since the current operative version of LR 26-3 no longer requires interim status reports, the parties have removed this deadline from the proposed schedule.

Accordingly, the parties respectfully request that this Court extend the operative discovery plan and scheduling order by three months and three weeks (111 days) as indicated in the above table.

DATED this 18th day of November, 2021.   DATED this 18th day of November, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

 /s/ *Adam J. Pernsteiner* 
Adam J. Pernsteiner
Nevada Bar No. 7862
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for EPIC WORLDWIDE LLC,*

SBAITI & COMPANY PLLC

 /s/ *Michał Zapendowski* 
Michal Zapendowski, Esq.
Texas Bar No. 24075328
*Admitted Pro Hac Vice*
J.P. Morgan Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201

D. Chris Albright, Esq.
Nevada Bar No. 004904
Albright, Stoddard, Warnick & Albright
801 S. Rancho Dr., Suite D-4
Las Vegas, NV 89106

*Attorneys for FRIGID RENTALS, INC.*

ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-23-2021