**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ADAM J. PERNSTEINER
Nevada Bar No. 7862
Adam.Pernsteiner@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO *[PRO HAC VICE]*
California Bar No.160307
Dan.DeCarlo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.680.5066

*Attorneys for EPIC WORLDWIDE LLC,*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| FRIGID RENTALS, INC.,, <br><br> Plaintiff, <br><br> vs. <br><br> EPIC WORLDWIDE LLC,, <br><br> Defendant. | Case No. 2:21-CV-01176-JCM-VCF <br><br> **STIPULATION AND ORDER TO STRIKE CERTAIN AFFIRMATIVE DEFENSES FROM DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT [EFC NO. 24]** |

　　　　Pursuant to FRCP 12(f), Plaintiff FRIGID RENTALS, INC. ("Plaintiff") and Defendant EPIC WORLDWIDE LLC ("Defendant") by and through their respective undersigned counsel, hereby stipulate that affirmative defense numbers 5, 6, 7, 11, 13, 14, 17, and 23 previously asserted

/ / /

/ / /

/ / /

/ / /

/ / /

4861-9647-6933.1

by Defendant in its Answer to First Amended Complaint [ECF No. 24] shall hereby be stricken.

DATED this 6th day of December, 2021.            DATED this 6th day of December, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP              SBAITI & COMPANY PLLC

/s/ *Adam J. Pernsteiner*                        /s/ *Michal Zapendowski*
Adam J. Pernsteiner                              Michal Zapendowski, Esq.
Nevada Bar No. 7862                              Texas Bar No. 24075328
6385 S. Rainbow Boulevard, Suite 600             *Admitted Pro Hac Vice*
Las Vegas, Nevada 89118                          J.P. Morgan Chase Tower
                                                 2200 Ross Avenue, Suite 4900W
Daniel C. DeCarlo,                               Dallas, Texas 75201
California State Bar No. 160307
*Admitted Pro Hac Vice*                          D. Chris Albright, Esq.
Dan.DeCarlo@lewisbrisbois.com                    Nevada Bar No. 004904
633 West 5th Street, Suite 4000                  Albright, Stoddard, Warnick & Albright
Los Angeles, California 90071                    801 S. Rancho Dr., Suite D-4
                                                 Las Vegas, NV 89106

*Attorneys for EPIC WORLDWIDE LLC,*              *Attorneys for FRIGID RENTALS, INC.*

ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
12-17-2021
DATED: _____

4861-9647-6933.1                                 2