**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

FRIGID RENTALS, INC.,

        Plaintiff(s),

v.

EPIC WORLDWIDE LLC,

        Defendant(s).

2:21-cv-01176-JCM-VCF

**ORDER**

    Before me is defendant Epic Worldwide LLC's motion for judgment on the pleadings (ECF No. 35).

    Accordingly,

    I HEREBY ORDER that defendant Epic Worldwide LLC's motion for judgment on the pleadings (ECF No. 35) is added to the video conference hearing scheduled for 11:00 AM, March 23, 2022.

    DATED this 15th day of March 2022.

                                              _____
                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE