**SBAITI & COMPANY PLLC**
Kevin N. Colquitt
Texas Bar No. 24072047
*Admitted Pro Hac Vice*
Michał Zapendowski, Esq.
Texas Bar No. 24075328
*Admitted Pro Hac Vice*
Griffin S. Rubin
Texas Bar No. 24075328
*Admitted Pro Hac Vice*
J.P. Morgan Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
T: (214) 432-2899
F: (214) 853-4367
E: knc@sbaitilaw.com
E: jmz@sbaitilaw.com
E: gsr@sbaitilaw.com

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
D. Chris Albright, Esq.
Nevada Bar No. 004904
801 S. Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
dca@albrightstoddard.com
bstoddard@albrighstoddard.com

**Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| FRIGID RENTALS, INC., | § | Case 2:21-CV-01176-JCM-VCF |
|---|---|---|
| *Plaintiff*, | § § § | |
| vs. | § § § § § | **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO EPIC'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER (First Request)** |
| EPIC WORLDWIDE LLC D/B/A EPIC WORLDWIDE MEDIA, | § § § § | |
| *Defendant*. | § | |

Pursuant to Local Rule IA 6-1, Plaintiff Frigid Rentals, Inc. and Defendant Epic Worldwide LLC hereby stipulate to a two-week extension of time for Plaintiff to file its response to Defendant's Objection to Magistrate Judge's March 23, 2022 Order. On March 23, 2022, Magistrate Judge Ferenbach granted Plaintiff's Motion for Leave to File Second Amended Complaint. *See* Dkt. 66. On April 6, 2022, Defendant filed its objection to the Magistrate Judge's ruling. *See* Dkt. 70. Plaintiff's current deadline to respond to Defendant's objection is Wednesday, April 20, 2022. *See* Local Rule IB 3-2(a).

Plaintiff's current lead attorney, Mr. Zapendowski, recently suffered medical issues that have hindered his ability to draft the response. Other counsels' preexisting schedules similarly render them unable to meet the current deadline. Because these developments occurred over the past few days, Plaintiff reached out to Defendant's counsel on April 18, 2022, to request a stipulation to a two-week extension of time for Plaintiff to file its response to Defendant's objection to the Magistrate Judge's ruling. Opposing counsel consented to the stipulation.

Accordingly, the parties respectfully request that this Court extend the time by which Plaintiff may file its response to Defendant's objection by two weeks, up to and including May 4, 2022.

DATED: April 19, 2022

| | |
|---|---|
| /s/ Griffin S. Rubin | /s/ Josephine Brosas |
| Griffin S. Rubin | Josephine Brosas |
| Texas Bar No. 24121809 | California Bar No. 239342 |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| J.P. Morgan Chase Tower | 633 West 5th Street, Suite 4000 |
| 2200 Ross Avenue, Suite 4900W | Los Angeles, California 90071 |
| Dallas, Texas 75201 | |
| | Daniel C. DeCarlo |
| Kevin N. Colquitt | California Bar No. 160307 |
| Texas Bar No. 24072047 | *Admitted Pro Hac Vice* |
| *Admitted Pro Hac Vice* | 633 West 5th Street, Suite 4000 |
| J.P. Morgan Chase Tower | Los Angeles, California 90071 |
| 2200 Ross Avenue, Suite 4900W | |
| Dallas, Texas 75201 | Laureen Frister |
| | Nevada Bar No. 13217 |
| Michał Zapendowski, Esq. | 6385 S. Rainbow Boulevard, Suite 600 |
| Texas Bar No. 24075328 | Las Vegas, Nevada 89118 |
| *Admitted Pro Hac Vice* | |
| J.P. Morgan Chase Tower | William G. Cravens |
| 2200 Ross Avenue, Suite 4900W | Colorado Bar No. 54315 |
| Dallas, Texas 75201 | *Admitted Pro Hac Vice* |
| | 1700 Lincoln Street, Suite 4000 |
| D. Chris Albright, Esq. | Denver, Colorado 80203 |
| Nevada Bar No. 004904 | |
| 801 S. Rancho Drive, Suite D-4 | |
| Las Vegas, Nevada 89106 | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 20, 2022

-3-