**SBAITI & COMPANY PLLC**
Kevin N. Colquitt
Texas Bar No. 24072047
*Admitted Pro Hac Vice*
Griffin S. Rubin
Texas Bar No. 24075328
*Admitted Pro Hac Vice*
J.P. Morgan Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
T: (214) 432-2899
F: (214) 853-4367
E: knc@sbaitilaw.com
E: gsr@sbaitilaw.com

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
D. Chris Albright, Esq.
Nevada Bar No. 004904
801 S. Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
dca@albrightstoddard.com
bstoddard@albrighstoddard.com

**Attorneys for Plaintiff**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FRIGID RENTALS, INC., | § | Case 2:21-CV-01176-JCM-VCF |
| | § | |
| *Plaintiff*, | § | |
| | § | **JOINT STIPULATION OF DISMISSAL** |
| vs. | § | |
| | § | |
| | § | |
| | § | |
| EPIC WORLDWIDE LLC D/B/A EPIC WORLDWIDE MEDIA, | § | |
| | § | |
| *Defendant*. | § | |

Under Federal Rule of Civile Procedure 41(a)(1)(A)(ii), the Parties hereby jointly stipulate to the dismissal of this action with prejudice with each party to bear its own costs.

DATED: October 5, 2022

| /s/ Kevin N. Colquitt | /s/ Daniel C. DeCarlo |
|---|---|
| Griffin S. Rubin<br>Texas Bar No. 24121809<br>*Admitted Pro Hac Vice*<br>J.P. Morgan Chase Tower<br>2200 Ross Avenue, Suite 4900W<br>Dallas, Texas 75201<br><br>Kevin N. Colquitt<br>Texas Bar No. 24072047<br>*Admitted Pro Hac Vice*<br>J.P. Morgan Chase Tower<br>2200 Ross Avenue, Suite 4900W<br>Dallas, Texas 75201<br><br>D. Chris Albright, Esq.<br>Nevada Bar No. 004904<br>801 S. Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106 | Josephine Brosas<br>California Bar No. 239342<br>*Admitted Pro Hac Vice*<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br><br>Daniel C. DeCarlo<br>California Bar No. 160307<br>*Admitted Pro Hac Vice*<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br><br>Laureen Frister<br>Nevada Bar No. 13217<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br><br>William G. Cravens<br>Colorado Bar No. 54315<br>*Admitted Pro Hac Vice*<br>1700 Lincoln Street, Suite 4000<br>Denver, Colorado 80203 |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 11, 2022